# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**AARON D. YOUNKER,**  Case No. 1:14-CV-108

    Plaintiff,  **Judge Timothy S. Black**

**-vs-**

**STATE OF OHIO,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. 6) is **ADOPTED**; that Plaintiff's Complaint (Doc. 5) is frivolous and **DISMISSED** with prejudice and that the Plaintiff is advised if he continues to file lawsuits in this Court that are subject to dismissal on screening, he may be subject to sanctions under Fed. R. Civ. P. 11 as a vexatious litigator; that it is **CERTIFIED** pursuant to 28 U.S.C. § 1915(a) an appeal of this decision would not be taken in good faith and Plaintiff would be **DENIED** leave to appeal *in forma pauperis*; and this case is **CLOSED** on the docket.

Date: 3/4/2014  **JOHN P. HEHMAN, CLERK**

By: *s/M. Rogers*, *D.C.*
Deputy Clerk